THOMAS J. McCARTHY, JR., an Infant, by THOMAS W. McCARTHY, His Guardian ad Litem, Appellant, v. NORTH RIVER SAVINGS BANK, Respondent, Impleaded with Another, Defendant.— Determination unanimously affirmed, with costs

and disbursements. No opinion. Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.